**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON ANTHONY GOTTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL<br>SECURITY,[1]<br><br>　　　　Defendant. | Case No.: 1:22-cv-01383-KJM-HBK<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND REMANDING CASE TO COMMISSIONER |

　　Plaintiff Brandon Anthony Gotterson initiated this action seeking judicial review of a final decision of the Commissioner of Social Security. Compl., ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On April 26, 2024, the assigned magistrate judge issued a findings and recommendations recommending plaintiff's motion for summary judgment be granted, defendant's cross-motion for summary judgment be denied, and the Commissioner of Social Security's decision be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). F&Rs, ECF No. 21. The findings and recommendations contained a notice that any objections were due within fourteen days. *Id.* at 1, 12. As of the date on this order, no party has filed any objections, and the deadline for doing so has passed.

---

[1] The Court has substituted Martin O'Malley, who has been appointed the Acting Commissioner of Social Security, as the defendant in this suit. *See* Fed. R. Civ. P. 25(d).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds these findings and recommendations to be supported by the record and by the proper analysis.

Based upon the foregoing, the court **ORDERS**:

1. The findings and recommendations issued on April 26, 2024, ECF No. 21, are **ADOPTED** in full;
2. Plaintiff's motion for summary judgment, ECF No. 14, is **GRANTED**;
3. Defendant's construed cross-motion for summary judgment, ECF No. 17, is **DENIED**;
4. Pursuant to sentence four of 42 U.S.C.§ 405(g), the court **REVERSES** the Commissioner's decision and **REMANDS** the case back to the Commissioner of Social Security for further proceedings; and
5. The Clerk shall enter judgment in favor of plaintiff, terminate any deadlines, and close this case.

DATED: October 1, 2024.

UNITED STATES DISTRICT JUDGE